No. 10–1443. AMERICREDIT FINANCIAL SERVICES, INC. *v.* PENROD. C. A. 9th Cir. Certiorari denied.

No. 10–1446. JASPER *v.* FEDERAL EMERGENCY MANAGEMENT AGENCY. C. A. 5th Cir. Certiorari denied.

No. 10–1449. SIMPSON *v.* ESTATE OF NORTON ET AL. Sup. Ct. Fla. Certiorari denied.

No. 10–1451. BROEMER *v.* CENTRAL INTELLIGENCE AGENCY ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1452. RYSKAMP *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 10–1453. PLANEY *v.* PLANEY. Ct. App. Ohio, Mahoning County. Certiorari denied.

No. 10–1454. WICKY *v.* OXONIAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF OXONIAN, ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10–1455. TAYLOR *v.* TAYLOR ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 10–1457. BARNETT *v.* VICENTE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1458. QUINONES *v.* NEIGHBORHOOD YOUTH & FAMILY SERVICES, INC., ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10–1459. DUDGEON *v.* RICHARDS. C. A. 9th Cir. Certiorari denied.

No. 10–1461. MULLER *v.* NEW MEXICO LIVESTOCK BOARD ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–1462. KONOP *v.* HAWAIIAN AIRLINES, INC. C. A. 9th Cir. Certiorari denied.